The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>ASH GROVE CEMENT COMPANY,<br><br>Defendant. | No. 2:20-cv-01301-JLR<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW BY COUNSEL FOR DEFENDANT** |

THIS MATTER having come before the Court on the Motion for Leave to Withdraw by Counsel for Defendant (the "Motion"); the Court having reviewed the Motion, Declaration of Counsel in Support of Motion, and any response or reply thereto; and having reviewed the records and files herein, and being fully advised; it is now, therefore:

ORDERED, ADJUDGED, AND DECREED that Pursuant to LCR 83.2, Attorneys of Record for Defendant Ash Grove Cement Company, namely Cascadia Law Group PLLC, Stephen J. Tan and Tanya Barnett BE GRANTED leave to withdraw as counsel for the Defendant. Said withdrawal shall be effective as of December 31, 2021.

DATED this 3rd day of January, 2022.

_____
JAMES L. ROBART
United States District Court Judge

Presented by:

CASCADIA LAW GROUP PLLC

By   s/ Stephen J. Tan
_____
Stephen J. Tan, WSBA No. 22756
Tanya Barnett, WSBA No. 17491
Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Telephone:  (206) 292-6300
Facsimile:  (206) 292-6301
Email:  stan@cascadialaw.com;
          tbarnett@cascadialaw.com

Attorneys for Defendant
Ash Grove Cement Company