The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>              Plaintiff,<br>  v.<br><br>ASH GROVE CEMENT COMPANY,<br><br>              Defendants. | No. 2:20-cv-01301-JLR<br><br>NOTICE OF APPEARANCE ON BEHALF OF ASH GROVE CEMENT COMPANY |

TO:     Plaintiff and their Counsel of Record

COMES NOW the defendant, Ash Grove Cement Company, and enters herewith their appearance by the attorney undersigned, and directs that all future pleadings or papers in the above-entitled cause, exclusive of original process, be served upon said defendant by leaving a copy with attorney undersigned. Defendant specifically reserves any and all defenses that it has or could raise in this litigation, and does not waive said defenses by virtue of this appearance.

//

//

NOTICE OF APPEARANCE - 1

No. 2:20-CV-01301-JLR

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121
TEL 206 441-4455
FAX 206 441-8484

1   Dated: June 28, 2022

2                                       FLOYD, PFLUEGER & RINGER, P.S.

3

4
                                        By: s/William J. Dow
5                                           William J. Dow, WSBA No. 51155
                                            FLOYD, PFLUEGER & RINGER, P.S.
6                                           3101 Western Avenue, Suite 400
                                            Seattle, WA  98121
7                                           Tel: 206 441-4455
                                            Fax: 206 441-8484
8                                           Email: wdow@floyd-ringer.com
                                            *Attorney for Defendant Ash Grove Cement*
9                                           *Company.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2

No. 2:20-CV-01301-JLR

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121
TEL 206 441-4455
FAX 206 441-8484

DECLARATION OF SERVICE

I declare under penalty of perjury and the laws of the United States of America that on the below date, I delivered a true and correct copy of *NOTICE OF APPEARANCE* via the method indicated below to the following parties:

| | | |
|---|---|---|
| Richard Smith, WSBA # 21788 | *Counsel for Plaintiff* | [  ] Via Messenger |
| Alyssa Englebrecht, WSBA #46773 | | [X] Via CM/ECF |
| Meredith Crafton, WSBA # 46558 | | [  ] Via Facsimile |
| SMITH & LOWNEY, PLLC | | [  ] Via U.S. Mail |
| 2317 East John Street | | |
| Seattle, Washington 98112 | | |
| (206) 860-2883 | | |
| richard@smithandlowney.com | | |
| meredith@smithandlowney.com | | |
| alyssa@smithandlowney.com | | |

DATED this 28th day of June, 2022 at Seattle, Washington.

*s/Sean C. Moore*
Sean C. Moore, Legal Assistant

NOTICE OF APPEARANCE - 3

No. 2:20-CV-01301-JLR

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121
TEL 206 441-4455
FAX 206 441-8484